IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOARD OF TRUSTEES OF CEMENT MASONS LOCAL 526 COMBINED FUNDS, INC.,<br>Plaintiff,<br><br>v.<br><br>TERRITO CONSTRUCTION, INC. and JOSEPH TERRITO,<br>Defendants. | No.: 06-1576<br><br>**CONSENT JUDGMENT**<br><br>Electronically Filed |

ORDER OF COURT

AND NOW, this 30th day of March, 2006, upon application the parties have presented to the court a dispute concerning unpaid fringe benefits and have resolved the matter as follows:

1. That the Court has jurisdiction of the parties and of the subject matter; and

2. That this action has been brought under the terms of the Employee Retirement Income Security Act of 1974 (ERISA), 29 USC §1001-1381; and

3. That the defendant is bound by the terms and conditions of its collective bargaining agreement with plaintiff; and

4. That the defendant is indebted to the plaintiff, in the amount of $32,786.66 this amount includes $27,360.27 for fringe benefits and payroll deductions, $3,501.39 in penalties and interest, $1,500.00 in attorney's fees and $425.00 in litigation costs, for the work period of March 1, 2003 through December 31, 2006.

5. Judgment is hereby entered against the defendant in the amount of $32,786.66

_____
Stephen J. O'Brien, Esquire
Allison M. H. Murray, Esquire
Attorney for Plaintiff

_____
Territo Construction, Inc.
Defendant

_____
United States District Judge